

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 0 1 2002

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLER

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION AT LITTLE ROCK

WADE PATRICK MATLOCK,           )
275 Chandler Road,              )
Malvern, Arkansas 72104,        )
                                )
              Plaintiff,        )
                                )
v.                              )   Case No. 4:01CV00463 SWW
                                )
THE UNION PACIFIC RAILROAD      )
COMPANY,                        )
                                )
              Defendant.        )

## PLAINTIFF WADE P. MATLOCK'S PRE-TRIAL DISCLOSURE SHEET

1. <u>The identity of the party submitting information.</u>

   Wade P. Matlock

2. <u>The names, addresses, and telephone numbers of all counsel for the party.</u>

   Gene C. Napier and Ken E. Barnes, Hubbell, Sawyer, Peak, O'Neal & Napier, 106 W. 14th Street, 12th Floor, Kansas City, Missouri 64105, telephone number (816) 221-5666 and Kent J. Rubens, Rieves, Rubens & Mayton, 304 E. Broadway, West Memphis, Arkansas 72301, telephone number (870) 735-5500.

3. <u>A brief summary of claims and relief sought.</u>

   Pursuant to the Federal Employer's Liability Act, Wade Matlock seeks monetary damages for injuries he sustained as a result of being struck in the head while operating a locomotive as an employee of the Union Pacific Railroad.

4. <u>Prospects for settlement, if any.</u>

No explicit settlement negotiations have taken place to date.

5. <u>The basis for jurisdiction or objections to jurisdiction.</u>

Union Pacific is a Utah corporation doing business in the state of Arkansas. Union Pacific is and was at all times material to the claims of plaintiff a corporation engaged in the operation of a system of railways as a common public carrier of freight for hire in and between the various states of the United States, with track running in the area of the Eastern District of Arkansas, and is engaged in interstate commerce by railroad. Jurisdiction is proper pursuant to the Federal Employer's Liability Act, 42 U.S.C.A. § 51 et seq.

6. <u>A list of pending motions.</u>

There are currently no pending motions.

7. <u>A concise summary of facts.</u>

Wade Matlock has brought a claim for personal injury against the Union Pacific Railroad arising from his being struck in the head while operating a locomotive on track near Longview, Texas, as an employee of the Union Pacific Railroad on or about July 29, 1999.

8. <u>All proposed stipulations.</u>

None.

9. <u>The issues of fact expected to be contested.</u>

The nature and extent of injuries sustained by Wade Matlock.

10. <u>Issues of law expected to be contested.</u>

Whether or not the Union Pacific Railroad violated Federal and/or State safety statutes which would subject the defendant to strict liability.

11. <u>A list and brief description of all exhibits that will be offered in evidence.</u>

See attached Exhibit List.

12. <u>A list and brief description of all charts, graphs, models, schematic diagrams and similar objects which will be used in opening statement or closing argument whether or not they will be offered in evidence.</u>

See attached Exhibit List.

13. <u>The names, addresses, and telephone numbers of all witnesses who will be called, excluding witnesses to be used solely for impeachment or rebuttal. (Indicate the nature of the testimony to be given by each witness, i.e., liability, expert, property damage, pain and suffering, etc. Also include an estimate of how long testimony of witness is expected to take.)</u>

See attached Witness List.

14. <u>The current status of discovery, a precise statement of the remaining discovery and an estimate of the time required to complete discovery.</u>

Discovery is not completed at this time; however, the parties have worked together to schedule all remaining discovery such that it will be completed by trial.

15. <u>Suggestions for expediting disposition of the action.</u>

None.

16. <u>An estimate of the length of trial.</u>

Five days

*[signature]*

GENE C. NAPIER, Mo. Bar No. 24607
KENNETH E. BARNES, Mo. Bar No. 48579
HUBBELL, SAWYER, PEAK, O'NEAL & NAPIER
106 W. 14th Street, 12th Floor
Kansas City, Missouri 64105
(816) 221-5666

and

KENT J. RUBENS, AR No. 71067
RIEVES RUBENS & MAYTON
304 E. Broadway
West Memphis, AR 72303
(870) 735-5500

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Pre-trial Disclosure Sheet upon all interested parties on this 31st day of October, 2002, by depositing same in the United States Postal Service, postage pre-paid, as follows:

Scott H. Tucker
Union Pacific Railroad Company
2000 Regions Center
400 W. Capitol Avenue
Little Rock, AR 72201-3493

KENT J. RUBENS
RIEVES, RUBENS & MAYTON
P. O. Box 768
West Memphis, AR 72303

_____
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

Wade Patrick Matlock        )
       v.                        ) Cause No. 4:01CV00463 SWW
Union Pacific Railroad Company )

## WITNESS LIST
For    Plaintiff

| Date | Witness No. | Witness Name | Approx Time/Type | Direct | Cross | Redirect | Recross | Further Direct | Further Recross |
|---|---|---|---|---|---|---|---|---|---|
| | | Bernard Abrams, M.D.<br>6724 Troost<br>KC, MO 64131<br>816-444-4082 | 2 hrs<br><br>Med. | | | | | | |
| | | Katherine Pope, Ph.D.<br>1 St. Vincent's Circle, Suite 210<br>Little Rock, AR 72205<br>501-765-0766 | 1 hr<br>Med. | | | | | | |
| | | Nancy Lyon, Ph.D.<br>1334 Ninth Street, #4<br>Santa Monica, CA 90404<br>310-828-1388 | 1 hr<br><br>Med. | | | | | | |
| | | Renee Magiera-Planey, M.D.<br>Baptist Rehab Institute<br>9301 Interstate 630, Exit 7<br>Little Rock, AR<br>501-202-7033 | 30 min<br><br>Med.<br>Exp. | | | | | | |
| | | Caroline Sloan<br>15000 Highway 298<br>Benton, AR 72015<br>501-594-5211 | 45 min<br><br>Med<br>Exp. | | | | | | |
| | | Tommie Davis<br>15000 Highway 298<br>Benton, AR 72015<br>501-594-5211 | 45 min<br>Med.<br>Exp. | | | | | | |

| Date | Witness No. | Witness Name | | Direct | Cross | Redirect | Recross | Further Direct | Further Recross |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | Mary Lewis<br>15000 Highway 298<br>Benton, AR  72015<br>501-594-5211 | 45 min<br>Med.<br>Exp. | | | | | | |
| | | Kellye James<br>15000 Highway 298<br>Benton, AR  72015<br>501-594-5211 | 45 min<br>Med. | | | | | | |
| | | Charles Saunders<br>15000 Highway 298<br>Benton, AR  72015<br>501-594-5211 | 45 min<br>Med. | | | | | | |
| | | Henry Pearson<br>16319 Brookvilla Street<br>Houston, TX  77059<br>281-486-8398 | 45 min<br>Liab<br>Exp. | | | | | | |
| | | Ray Duffany<br>6211 Lindsay Court<br>West Bloomfield, MI 48324<br>248-363-1826 | 45 min<br>Liab.<br>Exp. | | | | | | |
| | | Vaughn Berry<br>12335 West 82nd Place<br>Lenexa, KS  66215<br>913-492-4983 | 45 min<br>Liab.<br>Exp. | | | | | | |
| | | Terry Cordray<br>8600 Alden<br>Lenexa, KS  66285<br>913-492-8108 | 45 min.<br>Voc Rehab Exp. | | | | | | |
| | | Ralph Scott, Ph.D.<br>6 Richland Hills Cove<br>Conway, AR  72032<br>501-329-6811 | 1 hr<br>Econ<br>Exp. | | | | | | |
| | | Beverly Palmer<br>77 Amity Road<br>Conway, AR  72032<br>501-327-4214 | 30 min<br>Health<br>Impact | | | | | | |
| | | | | | | | | | |

| Date | Witness No. | Witness Name | Approx Time/ Type | Direct | Cross | Redirect | Recross | Further Direct | Further Recross |
|---|---|---|---|---|---|---|---|---|---|
| | | Billy Stevens<br>235 Launius Rd<br>Malvern, AR 73104<br>501-332-5027 | 40 min<br>Health Impact | | | | | | |
| | | Lewis Cox, DDS<br>1629 Airport Road<br>Hot Spgs Nat'l, AR 71913<br>501-767-9329 | 20 min<br>Health Impact | | | | | | |
| | | James Clayton<br>6019 Stratton Drive<br>Pine Bluff, AR 71601<br>870-535-7909 | 20 min<br>Fact | | | | | | |
| | | Sarah Matlock<br>275 Chandler Road<br>Malvern, AR 72104 | 1 hr<br>Health | | | | | | |
| | | Wade Matlock<br>275 Chandler Road<br>Malvern, AR 72104 | 2 hr<br>Pltf. | | | | | | |
| | | Bruce Landrum<br>Address Unknown | 15 min<br>Liab. | | | | | | |
| | | Carlton Wright<br>2800 Walridge Cove<br>White Hall, AR 71602<br>870-267-1322 | 40 min<br>Fact<br>Liab. | | | | | | |
| | | Larry Vickers<br>Address Unknown | 15 min<br>Liab. | | | | | | |
| | | Steve Cammack<br>Address Unknown | 15 min<br>Liab. | | | | | | |
| | | Larry Belcher<br>Address Unknown | 15 min<br>Liab. | | | | | | |
| | | L. E. Ray, Jr.<br>Address Unknown | 15 min.<br>Liab. | | | | | | |
| | | J. J. Hammonds<br>Address Unknown | 15 min.<br>Liab. | | | | | | |
| | | J. Grant Hall<br>Address Unknown | 15 min.<br>Lay | | | | | | |
| | | A. Pat Williams<br>Address Unknown | 15 min.<br>Lay | | | | | | |
| | | Ricky Belcher<br>Address Unknown | 15 min.<br>Liab. | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Kyle Matthews<br>35 Burns Drive<br>Cabot, AR 72023<br>501-941-2326 | 15 min.<br>Liab. | | | | | | |
| | | Curtis Bach<br>632 Yorkshire Lane<br>Malvern, AR 72104<br>501-844-4713 | 15 min.<br>Health | | | | | | |
| | | Gary Bell<br>2815 Plateau<br>North L. Rock, AR 72116<br>501-758-3303 | 15 min.<br>Health/<br>Liab. | | | | | | |
| | | W. E. Borecky<br>Address Unknown | 15 min.<br>Liab. | | | | | | |
| | | L. W. Procell<br>Address Unknown | 15 min.<br>Liab. | | | | | | |
| | | J. P. Dunger<br>Address Unknown | 15 min.<br>Liab. | | | | | | |
| | | T. T. Trice<br>Address Unknown | 15 min.<br>Liab. | | | | | | |
| | | D. L. Roberts<br>Address Unknown | 15 min.<br>Liab. | | | | | | |
| | | R. H. Lindsey<br>Address Unknown | 15 min.<br>Liab. | | | | | | |
| | | J. E. Glover<br>Address Unknown | 15 min.<br>Liab. | | | | | | |
| | | B. J. Koonce<br>Address Unknown | 15 min.<br>Liab. | | | | | | |
| | | M. R. Jenkins<br>Address Unknown | 15 min.<br>Liab. | | | | | | |
| | | J. Castaneda<br>Address Unknown | 15 min.<br>Liab. | | | | | | |
| | | Greg Payne, M.D.<br>Longview, TX | 30 min<br>Medical | | | | | | |
| | | All witnesses listed by the defendant. | | | | | | | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**EXHIBIT LIST**

**WADE PATRICK MATLOCK** v. **UNION PACIFIC RAILROAD COMPANY**

Case No. **4:01CV00463 SWW**

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Susan Webber Wright | Gene C. Napier | Scott Tucker |
| | Kent J. Rubens | |
| Trial Date(s) | Court Reporter | Courtroom Deputy |

| Plf No. | Def No. | Date Offered | Obj | Stip | Received | Description of Exhibits |
|---|---|---|---|---|---|---|
| | | | | | | PI Report |
| | | | | | | Photographs |
| | | | | | | Aerial Photos |
| | | | | | | All Medical Records including all reports, notes, charts, images and/or diagnostic studies. |
| | | | | | | Rehabilitation Records |
| | | | | | | Pharmacy Records |
| | | | | | | Expert Reports, charts and exhibits |
| | | | | | | Demonstrative Exhibits |
| | | | | | | CADC Work Records, including work orders |
| | | | | | | Surveillance video tapes |
| | | | | | | Video depositions |
| | | | | | | Deposition transcripts |
| | | | | | | All exhibits attached to any deposition |
| | | | | | | Videos of plaintiff |
| | | | | | | All military records |
| | | | | | | All educational records |
| | | | | | | Federal Track Safety Standards |
| | | | | | | Arkansas Statutes on Operation and Maintenance of Railroads |
| | | | | | | General Code of Operating and Safety Rules |
| | | | | | | Track Bulletins |
| | | | | | | Track Warrants |
| | | | | | | All documents produced by defendant in response to discovery requests. |
| | | | | | | Any and all exhibits listed by the defendant. |
| | | | | | | All documents produced by plaintiff in response to discovery. |